Case 2:21-mj-00164-JDP    Document 8    Filed 10/19/21    Page 1 of 1

FILED
October 19, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA GARCIA LOPEZ<br><br>Defendant. | Case No. 2:21-mj-00164-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  VIRGINIA GARCIA LOPEZ  Case No. 2:21-mj-00164-JDP  Charges 21 USC § 841(a)(1)  from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

  X      Unsecured Appearance Bond $    50,000.00 co-signed by Rigoberto Lopez

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety as stated on the record in open court.

_____    Corporate Surety Bail Bond

_____    (Other): _

Issued at Sacramento, California on at 2:00 PM on October 19, 2021.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE